| Attorney or Party without Attorney:<br>LAW OFFICES OF JEFFREY N. GOLDBERG, P.C.<br>JEFFREY N. GOLDBERG (SBN: 217555)<br>11601 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90025<br>Telephone No: (310) 765-2988<br>Attorney For: Plaintiff | | *Ref. No. or File No.:* | For Court Use Only |
|---|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* CRYPTO ASSET FUND, LLC, a Delaware limited liability company, et al.
*Defendant:* MEDCREDITS, INC., a Delaware corporation, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:19-CV-01869-BEN-MDD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet

3. a. Party served: MEDCREDITS, INC., a Delaware corporation
   b. Person served: JUSTIN ALZIEBA, AUTHORIZED EMPLOYEE/LEGALCORP SOLUTIONS, LLC, REGISTERED AGENT
      [Served under F.R.C.P. Rule 4.]

4. Address where the party was served: 1221 COLLEGE PARK DRIVE, #116, DOVER, DE 19904

5. *I served the party:*
   a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Oct 01 2019 (2) at: 02:50 PM

6. **Person Who Served Papers:**
   a. Sean Boykevich
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $337.25

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



10/02/2019

(Date)            (Signature)



PROOF OF
SERVICE

3821766
(4138176)